SKEK ASSOCIATES, Respondent, v ESTHER BENENSON et al., Appellants.

Submitted July 10, 2006; decided September 21, 2006

Motion, insofar as made by Esther Benenson, Michael Benenson and Sharon Benenson for leave to appeal, dismissed upon the ground that they are not parties aggrieved (CPLR 5511); motion, insofar as made by Flushing Manor Care Center, Inc. for leave to appeal, denied.